## NOTICE TO TENANT
*Aviso al Inquilo*

June 19, 2012

TO:

Michoel Ehaikin
439 Sterling Street, 1st Floor Apt.
Brooklyn, New York 11225

The sum of *La suma de* $2,015.00.
For rent from *para renta de* May 2012
To *a* June 2012

| | |
|---|---|
| May 2012 (bal.) | $215.00 |
| June 2012 | $1,800.00 |

Tenant of the above premises:

TAKE NOTICE: That you are justly indebted to the Landlord of the above described premises as set forth above, which you are required to pay not less than five (5) days from the service of this Notice, or surrender up the possession of said premises to the Landlord, in default of which the Landlord will commence summary proceedings under the Statute to recover the possession thereof.

*Inquilino del local arriba mencionado:*

*TOME AVISO: Que usted aduedo al casero de la propiedad arriba mencionada segun lo arriba expuesto que usted debe pagar en o antes de cinco (5) dias que usted reciba este aviso o entregar posesion de dicho local al casero. En caso de incumplimiento el casero comenzara un juicio sumario de acuerdo a la ley para recobrar su propiedad.*

HENIA HIRSH, LANDLORD.

BY: DAVID SPUTZ, MANAGING AGENT.

Immediately, if you are currently receiving public assistance, bring this five-day notice for rent to the worker who handles your case. Your worker will consider this notice on an emergency basis and may be able to provide funds to avoid the possible loss of your apartment.

If you are not currently receiving public assistance and require financial help, you should apply immediately at your local income Maintenance Center. If you show this notice to the receptionist, you may also be entitled to assistance on an emergency basis.

*Immediamente, si usted esta recibiendo asistencia publica al presente, traiga este aviso pra pagar renta dentro de cinco dias al trabajador que maneja su caso. Su trbajador considerara este aviso con caracter de emegencia y posiblemente podra preveerle fondos para avitar que ested pierda su apartamento.*

*Si no recibe asistencia publica al presente y necesita ayuda financiera usted debe solicitaria inmdiamente en su centro local de mantenimiento de ingreso. Si muestra este aviso a la recepcionista, usted posiblemente podra tenor direcho a recibir ayuda con caracter de em*