From: David <David@htsserv.com>
To: Valerie <sternandsternesq@aol.com>
Date: Mon, Aug 27, 2012 7:36 pm
Attachments: Cabinet_Door_Falling_Off_2.jpg (1956K), Cabinet_Door_Falling_Off.jpg (1981K),
Exposed_Electric_Outlets_2.jpg (2128K), Exposed_Electric_Outlets.jpg (1981K),
Exposed_electric_outlets.jpg (2109K), Exposed_Electric_Outlets_3.jpg (2128K),
Rental_Payment_History_fromLandlord_and_Payment_History_from_my_bank.pdf (65K),
Vanity_falling_down_in_the_bathroom.jpg (1920K), Water_Leaking_from_the_sink.jpg (1745K)

---

Attached Message
From:     Michoel Khaytin <crownheightsstamps@gmail.com>
To:       David@htsserv.com <David@htsserv.com>
Subject:  Re: hot water
Date:     Sun, 19 Aug 2012 16:45:07 +0000

Yes. Thank you. It only took 3 days. Last week it took 2 but Mrs Hirsch was back home then and I guess
she also needed it.

Please send me an updated bill as per the checks you were faxed.

On Aug 19, 2012 12:42 PM, "David@htsserv.com" <David@htsserv.com> wrote:

Good morning,


Do you have hot water back?


David Sputz

Heights Services LLC

490 New York Ave # 1A

Brooklyn NY 11225

Phone: 917-534-6322

Cell :718-308-1500

Fax:718-773-6587

Email:David@htsserv.com


---

Attached Message
From:     Michoel Khaytin <crownheightsstamps@gmail.com>
To:       David@htsserv.com <David@htsserv.com>
Subject:  Second day with no hot water
Date:     Thu, 16 Aug 2012 21:45:05 +0000

This is on addition to 3 days last week.

| Attached Message | |
|---|---|
| From: | Michoel Khaytin <crownheightsstamps@gmail.com> |
| To: | David@htsserv.com <David@htsserv.com> |
| Subject: | No hot water again |
| Date: | Wed, 15 Aug 2012 22:30:32 +0000 |

| Attached Message | |
|---|---|
| From: | Michoel Khaytin <crownheightsstamps@gmail.com> |
| To: | David@htsserv.com <David@htsserv.com> |
| Subject: | Re: Still no hot water |
| Date: | Mon, 13 Aug 2012 22:23:49 +0000 |

In response to your claim of being an Akshan - please see attached photos.


In addition to the attached:


We did not have a working refrigerator from May 25 to May 29th.
No Hot water since Friday August 10th until Today August 13th
No window guards in the living room



On Aug 13, 2012 2:52 PM, "David@htsserv.com" <David@htsserv.com> wrote:
   No, I started an eviction proceeding because i did not get your pmnt's, and I still dont have them, we will
   see what your bank sends me.
   You could have avoided the case if you would have your bank do the search 2 months ago instead of
   being a ackshin.


   David Sputz
   Heights Services LLC


   -------- Original message --------
   Subject: Re: Still no hot water
   From: Michoel Khaytin <crownheightsstamps@gmail.com>
   To: "David@htsserv.com" <David@htsserv.com>
   CC:


   I am referring to the fact that you started eviction proceedings even though this was mostly your
   accounting error.

   On Aug 13, 2012 9:52 AM, "David@htsserv.com" <David@htsserv.com> wrote:
      I'm not sure what that means, however hot water should be back this morning

David Sputz
Heights Services LLC

-------- Original message --------
Subject: Re: Still no hot water
From: Michael Khaytin <crownheightsstamps@gmail.com>
To: "David@htsserv.com" <David@htsserv.com>
CC:


3 days with no hot water. I'm sure you're sorry but if I were to act the way you did with the checks there would be a big bill from the city.

On Aug 13, 2012 9:41 AM, "David@htsserv.com" <David@htsserv.com> wrote:
  Sorry to hear, you should have it back this morning


  David Sputz
  Heights Services LLC

  -------- Original message --------
  Subject: Re: Still no hot water
  From: Michael Khaytin <crownheightsstamps@gmail.com>
  To: "David@htsserv.com" <David@htsserv.com>
  CC:


  There is still no hot water. I will have to call the city for an emergency delivery.

  On Aug 12, 2012 1:49 PM, "Michoel Khaytin" <crownheightsstamps@gmail.com> wrote:


  **Michoel Khaytin**
  *Director, CHJIH*
  *781 East New York Ave*
  *Brooklyn, NY 11225*
  Tel: 7183003299
  **Click to Make an Appointment**

  Want a signature like mine? Click here.

---

| Attached Message | |
|---|---|
| From: | Michael Khaytin <crownheightsstamps@gmail.com> |
| To: | David@htsserv.com <David@htsserv.com> |
| Subject: | Re: Still no hot water |
| Date: | Mon, 13 Aug 2012 20:28:28 +0000 |

Still no hot water

On Aug 13, 2012 2:52 PM, "David@htsserv.com" <David@htsserv.com> wrote:

No, I started an eviction proceeding because i did not get your pmnt's, and I still dont have them, we will see what your bank sends me.
You could have avoided the case if you would have your bank do the search 2 months ago instead of being a ackshin.


David Sputz
Heights Services LLC



------- Original message -------
Subject: Re: Still no hot water
From: Michoel Khaytin <crownheightsstamps@gmail.com>
To: "David@htsserv.com" <David@htsserv.com>
CC:


I am referring to the fact that you started eviction proceedings even though this was mostly your accounting error.

On Aug 13, 2012 9:52 AM, "David@htsserv.com" <David@htsserv.com> wrote:
    I'm not sure what that means, however hot water should be back this morning

    David Sputz
    Heights Services LLC

    ------- Original message -------
    Subject: Re: Still no hot water
    From: Michoel Khaytin <crownheightsstamps@gmail.com>
    To: "David@htsserv.com" <David@htsserv.com>
    CC:


    3 days with no hot water. I'm sure you're sorry but if I were to act the way you did with the checks there would be a big bill from the city.

    On Aug 13, 2012 9:41 AM, "David@htsserv.com" <David@htsserv.com> wrote:
        Sorry to hear, you should have it back this morning

        David Sputz
        Heights Services LLC

        ------- Original message -------
        Subject: Re: Still no hot water
        From: Michoel Khaytin <crownheightsstamps@gmail.com>
        To: "David@htsserv.com" <David@htsserv.com>
        CC:


        There is still no hot water. I will have to call the city for an emergency delivery.

        On Aug 12, 2012 1:49 PM, "Michoel Khaytin" <crownheightsstamps@gmail.com> wrote:

**Michoel Khaytin**
*Director, CHJIH*
*781 East New York Ave*
*Brooklyn, NY 11225*
Tel: 7183003299
**Click to Make an Appointment**

Want a signature like mine? Click here.

---

| Attached Message | |
|---|---|
| From: | Michoel Khaytin <crownheightsstamps@gmail.com> |
| To: | David@htsserv.com <David@htsserv.com> |
| Subject: | Re: Still no hot water |
| Date: | Mon, 13 Aug 2012 18:38:35 +0000 |

I am referring to the fact that you started eviction proceedings even though this was mostly your accounting error.

On Aug 13, 2012 9:52 AM, "David@htsserv.com" <David@htsserv.com> wrote:
I'm not sure what that means, however hot water should be back this morning

David Sputz
Heights Services LLC

-------- Original message --------
Subject: Re: Still no hot water
From: Michoel Khaytin <crownheightsstamps@gmail.com>
To: "David@htsserv.com" <David@htsserv.com>
CC:

3 days with no hot water. I'm sure you're sorry but if I were to act the way you did with the checks there would be a big bill from the city.

On Aug 13, 2012 9:41 AM, "David@htsserv.com" <David@htsserv.com> wrote:
Sorry to hear, you should have it back this morning

David Sputz
Heights Services LLC

-------- Original message --------
Subject: Re: Still no hot water
From: Michoel Khaytin <crownheightsstamps@gmail.com>
To: "David@htsserv.com" <David@htsserv.com>
CC:

There is still no hot water. I will have to call the city for an emergency delivery.

On Aug 12, 2012 1:49 PM, "Michoel Khaytin" <crownheightsstamps@gmail.com> wrote:

**Michoel Khaytin**
*Director, CHJIH*
*781 East New York Ave*
*Brooklyn, NY 11225*
Tel: 7183003299
**Click to Make an Appointment**

Want a signature like mine? Click here.

---

| Attached Message | |
|---|---|
| From: | Michoel Khaytin <crownheightsstamps@gmail.com> |
| To: | David@htsserv.com <David@htsserv.com> |
| Subject: | Re: Still no hot water |
| Date: | Mon, 13 Aug 2012 13:44:14 +0000 |

3 days with no hot water. I'm sure you're sorry but if I were to act the way you did with the checks there would be a big bill from the city.

On Aug 13, 2012 9:41 AM, "David@htsserv.com" <David@htsserv.com> wrote:
Sorry to hear, you should have it back this morning


David Sputz
Heights Services LLC


-------- Original message --------
Subject: Re: Still no hot water
From: Michoel Khaytin <crownheightsstamps@gmail.com>
To: "David@htsserv.com" <David@htsserv.com>
CC:


There is still no hot water. I will have to call the city for an emergency delivery.

On Aug 12, 2012 1:49 PM, "Michoel Khaytin" <crownheightsstamps@gmail.com> wrote:

**Michoel Khaytin**
*Director, CHJIH*
*781 East New York Ave*
*Brooklyn, NY 11225*
Tel: 7183003299
**Click to Make an Appointment**

Want a signature like mine? Click here.

**Attached Message**

| | |
|---|---|
| From: | Michoel Khaytin <crownheightsstamps@gmail.com> |
| To: | David@htsserv.com <David@htsserv.com> |
| Subject: | Re: Still no hot water |
| Date: | Mon, 13 Aug 2012 13:11:32 +0000 |

There is still no hot water. I will have to call the city for an emergency delivery.

On Aug 12, 2012 1:49 PM, "Michoel Khaytin" <crownheightsstamps@gmail.com> wrote:

**Michoel Khaytin**
*Director, CHJIH*
*781 East New York Ave*
*Brooklyn, NY 11225*
Tel: 7183003299
**Click to Make an Appointment**

Want a signature like mine? Click here.

**Attached Message**

| | |
|---|---|
| From: | Michoel Khaytin <crownheightsstamps@gmail.com> |
| To: | David@htsserv.com <David@htsserv.com> |
| Subject: | Still no hot water |
| Date: | Sun, 12 Aug 2012 17:49:52 +0000 |

**Michoel Khaytin**
*Director, CHJIH*
*781 East New York Ave*
*Brooklyn, NY 11225*
Tel: 7183003299
**Click to Make an Appointment**

Want a signature like mine? Click here.

**Attached Message**

| | |
|---|---|
| From: | Michoel Khaytin <crownheightsstamps@gmail.com> |
| To: | David@htsserv.com <David@htsserv.com> |
| Subject: | No hot water since Friday |
| Date: | Sun, 12 Aug 2012 02:53:28 +0000 |

**Attached Message**

| | |
|---|---|
| From: | Michoel Khaytin <crownheightsstamps@gmail.com> |

| | |
|---|---|
| To: | David@htsserv.com <David@htsserv.com> |
| Subject: | RE: Balance |
| Date: | Tue, 7 Aug 2012 13:19:41 +0000 |

Can you please tell Mr Hirsch. To stop throwing our boxes out into the driveway.

Fyi there are no window guards on the living room windows.

On Jul 31, 2012 11:21 PM, "David@htsserv.com" <David@htsserv.com> wrote:
>
> Good evening,
>
>
>
> Sending me a list of checks from your acct that does not show me to whom it was paid or if they were even cashed does not help me, I'm assuming that the fact that you are emailing me this information, is because you want me to correct my acct, therefore if I or Mrs. Hirsh have not received some of the checks you claim to have sent out, I strongly advise that you get me some proof that will show what is going on, and if in fact it turns out that they have been cashed, I think you and I would like to know where your money landed up, because its certainly not in my or in Mrs. Hirsh's hands.
>
>
>
> I am sending you a statement that you can check what checks are missing.
>
>
>
> I hope we can work this out ASAP
>
>
>
> thanks
>
>
>
> From: Michoel Khaytin [mailto:crownheightsstamps@gmail.com]
> Sent: Tuesday, July 31, 2012 9:39 PM
> To: David@htsserv.com
> Subject: RE: Balance
>
>
>
> I'm not sure where you are getting the numbers you are sending me on the bill. You cashed over 2000 of checks last month. I have the dates you cashed them. I don't see why I should pay to get copies of these checks
>
> On Jul 20, 2012 10:44 AM, "David@htsserv.com" <David@htsserv.com> wrote:
>
> This is what you owe
>
>
>
> From: Michoel Khaytin [mailto:crownheightsstamps@gmail.com]
> Sent: Thursday, July 19, 2012 10:50 PM
> To: David@htsserv.com
> Subject: Balance
>
>
>
>

> On 6/20 you sent me a bill for $3,400. How come you just sent me papers for an even higher amount?
This is the payment History since 6/20
>
>
>
> $100.00
>
> 07/19/2012
>
> Processed
>
> View Payment
>
> $415.00
> Recurring Payment
>
> 07/18/2012
>
> Processed
>
> View Payment
>
> $415.00
> Recurring Payment
>
> 07/11/2012
>
> Processed
>
> View Payment
>
> $415.00
> Recurring Payment
>
> 07/03/2012
>
> Processed
>
> View Payment
>
> $100.00
>
> 06/29/2012
>
> Processed
>
> View Payment
>
> $415.00
> Recurring Payment
>
> 06/27/2012
>
> Processed
>
> View Payment
>
> $415.00
> Recurring Payment

```
>
> 06/20/2012
>
> Processed
>
> View Paymen
>
>
>
> Michoel Khaytin
> Director, CHJIH
> 781 East New York Ave
> Brooklyn, NY 11225
>
> Tel: 7183003299
> Click to Make an Appointment
>
> Want a signature like mine? Click here.
```

| Attached Message | |
|---|---|
| From: | Michoel Khaytin <crownheightsstamps@gmail.com> |
| To: | David@htsserv.com <David@htsserv.com> |
| Subject: | RE: Balance |
| Date: | Wed, 1 Aug 2012 01:38:56 +0000 |

I'm not sure where you are getting the numbers you are sending me on the bill. You cashed over 2000 of checks last month. I have the dates you cashed them. I don't see why I should pay to get copies of these checks

On Jul 20, 2012 10:44 AM, "David@htsserv.com" <David@htsserv.com> wrote:

> This is what you owe

**From:** Michoel Khaytin [mailto:crownheightsstamps@gmail.com]
**Sent:** Thursday, July 19, 2012 10:50 PM
**To:** David@htsserv.com
**Subject:** Balance

On 6/20 you sent me a bill for $3,400. How come you just sent me papers for an even higher amount? This is the payment History since 6/20

| | | | | |
|---|---|---|---|---|
| $100.00 | 07/19/2012 | | Processed | View Payment |
| $415.00 Recurring Payment | 07/18/2012 | | Processed | View Payment |

| | | | | |
|---|---|---|---|---|
| $415.00<br>Recurring Payment | 07/11/2012 | | Processed | View Payment |
| $415.00<br>Recurring Payment | 07/03/2012 | | Processed | View Payment |
| $100.00 | 06/29/2012 | | Processed | View Payment |
| $415.00<br>Recurring Payment | 06/27/2012 | | Processed | View Payment |
| $415.00<br>Recurring Payment | 06/20/2012 | | Processed | View Paymen |

**Michoel Khaytin**
*Director, CHJIH*
*781 East New York Ave*
*Brooklyn, NY 11225*

Tel: 7183003299
Click to Make an Appointment

Want a signature like mine? Click here.

Attached Message
From:     Michoel Khaytin <crownheightsstamps@gmail.com>
To:       David@htsserv.com <David@htsserv.com>
Subject:  Re: Balance
Date:     Fri, 20 Jul 2012 16:46:31 +0000

These are bank checks and the dates there were cashed. I don't have a copy

**Michoel Khaytin**
*Director, CHJIH*
*781 East New York Ave*
*Brooklyn, NY 11225*
Tel: 7183003299
**Click to Make an Appointment**

Want a signature like mine? Click here.

On Fri, Jul 20, 2012 at 12:16 PM, David@htsserv.com <David@htsserv.com> wrote:

Please send me the photos of the checks in order for me to see which ones went in to my acct.

**From:** Michoel Khaytin [mailto:crownheightsstamps@gmail.com]
**Sent:** Friday, July 20, 2012 12:12 PM
**To:** David@htsserv.com
**Subject:** Re: Balance

| Henya Hirsch<br>Rent | $415.00 | CAMPUSEDGE CHECKING-5488 | 07/11/2012 |
|---|---|---|---|

Confirmation Number: DRC2D-D8CX4

Payment check # 45074952 was sent to **Henya Hirsch** on **07/06/2012** and delivered on **07/11/2012**. Funds were withdrawn from your **CAMPUSEDGE CHECKING-5488** account on **07/11/2012**. The payment was applied on **07/11/2012**.

This payment was s

| Pay To | Amount | Pay From | Deliver By |
|---|---|---|---|
| Henya Hirsch<br>Rent | $415.00 | CAMPUSEDGE CHECKING-5488 | 07/18/2012 |

Confirmation Number: DS8BL-DNGJ3

Payment check # 47613799 was sent to **Henya Hirsch** on **07/13/2012** and delivered on **07/18/2012**. Funds were withdrawn from your **CAMPUSEDGE CHECKING-5488** account on **07/18/2012**. The payment was applied on**07/18/2012**.

| Pay To | Amount | Pay From | Deliver By |
|---|---|---|---|
| **Henya Hirsch**<br>Rent | $415.00 | CAMPUSEDGE CHECKING-5488 | 07/03/2012 |

Confirmation Number: DQR6Y-6Q7BG

Payment check # 42160988 was sent to **Henya Hirsch** on **06/28/2012** and delivered on **07/03/2012**. Funds were withdrawn from your **CAMPUSEDGE CHECKING-5488** account on **07/03/2012**. The payment was applied on**07/06/2012**.

| Pay To | Amount | Pay From | Deliver By |
|---|---|---|---|
| **Henya Hirsch**<br>Rent | $100.00 | CAMPUSEDGE CHECKING-5488 | 06/29/2012 |

Confirmation Number: DR2WF-PRQ54

Payment check # 41680610 was sent to **Henya Hirsch** on **06/27/2012** and delivered on **06/29/2012**. Funds were withdrawn from your **CAMPUSEDGE CHECKING-5488** account on **06/29/2012**. The payment was applied on**07/06/2012**.

| Pay To | Amount | Pay From | Deliver By |
|---|---|---|---|
| **Henya Hirsch**<br>Rent | $415.00 | CAMPUSEDGE CHECKING-5488 | 06/27/2012 |

Confirmation Number: DQI8V-0S8SQ

Payment check # 39394615 was sent to **Henya Hirsch** on **06/22/2012** and delivered on **06/27/2012**. Funds were withdrawn from your **CAMPUSEDGE CHECKING-5488** account on **06/27/2012**. The payment was applied on**07/05/2012**.

| Pay To | Amount | Pay From | Deliver By |
|---|---|---|---|
| **Henya Hirsch**<br>Rent | $415.00 | CAMPUSEDGE CHECKING-5488 | 06/20/2012 |

Confirmation Number: DPB8M-C5X0Y

Payment check # 37196774 was sent to **Henya Hirsch** on **06/15/2012** and delivered on **06/20/2012**. Funds were withdrawn from your **CAMPUSEDGE CHECKING-5488** account on **06/20/2012**. The payment was applied on **07/05/2012**.

All cashed

**Michoel Khaytin**
*Director, CHJIH*
*781 East New York Ave*
*Brooklyn, NY 11225*

Tel: 7183003299
Click to Make an Appointment

Want a signature like mine? Click here.

On Fri, Jul 20, 2012 at 12:04 PM, David@htsserv.com <David@htsserv.com> wrote:

I did not get them yet, are they showing that they were deposited.

**From:** Michoel Khaytin [mailto:crownheightsstamps@gmail.com]
**Sent:** Friday, July 20, 2012 10:51 AM
**To:** David@htsserv.com
**Subject:** Re: Balance

where are these payments?

| | 07/19/2012 | Processed | View Payment |
|---|---|---|---|

$100.00

| $415.00 | 07/18/2012 | Processed | View Payment |
| Recurring Payment | | | |

| $415.00 | 07/11/2012 | Processed | View Payment |
| Recurring Payment | | | |

| $415.00 | 07/03/2012 | Processed | View Payment |
| Recurring Payment | | | |

| $100.00 | 06/29/2012 | Processed | View Payment |

| $415.00 | 06/27/2012 | Processed | View Payment |
| Recurring Payment | | | |

**Michoel Khaytin**
*Director, CHJIH*
*781 East New York Ave*
*Brooklyn, NY 11225*

Tel: 7183003299
Click to Make an Appointment

Want a signature like mine? Click here.

On Fri, Jul 20, 2012 at 10:43 AM, David@htsserv.com <David@htsserv.com> wrote:

This is what you owe

**From:** Michoel Khaytin [mailto:crownheightsstamps@gmail.com]
**Sent:** Thursday, July 19, 2012 10:50 PM
**To:** David@htsserv.com
**Subject:** Balance

On 6/20 you sent me a bill for $3,400. How come you just sent me papers for an even higher amount? This is the payment History since 6/20

| | | | |
|---|---|---|---|
| $100.00 | 07/19/2012 | Processed | View Payment |
| $415.00 Recurring Payment | 07/18/2012 | Processed | View Payment |
| $415.00 Recurring Payment | 07/11/2012 | Processed | View Payment |
| $415.00 Recurring Payment | 07/03/2012 | Processed | View Payment |
| $100.00 | 06/29/2012 | Processed | View Payment |
| $415.00 Recurring Payment | 06/27/2012 | Processed | View Payment |
| $415.00 Recurring Payment | 06/20/2012 | Processed | View Paymen |

**Michoel Khaytin**
*Director, CHJIH*
*781 East New York Ave*
*Brooklyn, NY 11225*

Tel: 7183003299
<u>Click to Make an Appointment</u>

<u>Want a signature like mine? Click here.</u>

| Attached Message | |
|---|---|
| From: | Michoel Khaytin <crownheightsstamps@gmail.com> |
| To: | David@htsserv.com <David@htsserv.com> |
| Subject: | Re: Balance |
| Date: | Fri, 20 Jul 2012 16:11:32 +0000 |

| Henya Hirsch | $415.00 | CAMPUSEDGE CHECKING-5488 | 07/11/2012 |
|---|---|---|---|
| Rent | | | |

Confirmation Number: DRC2D-D8CX4

Payment check **# 45074952** was sent to **Henya Hirsch** on **07/06/2012** and delivered on **07/11/2012**. Funds were withdrawn from your **CAMPUSEDGE CHECKING-5488** account on **07/11/2012**. The payment was applied on**07/11/2012**.

This payment was s

| Pay To | Amount | Pay From | Deliver By |
|---|---|---|---|
| **Henya Hirsch** | $415.00 | CAMPUSEDGE CHECKING-5488 | 07/18/2012 |
| Rent | | | |

Confirmation Number: DS8BL-DNGJ3

Payment check **# 47613799** was sent to **Henya Hirsch** on **07/13/2012** and delivered on **07/18/2012**. Funds were withdrawn from your **CAMPUSEDGE CHECKING-5488** account on **07/18/2012**. The payment was applied on**07/18/2012**.

| Pay To | Amount | Pay From | Deliver By |
|---|---|---|---|

| | | | |
|---|---|---|---|
| **Henya Hirsch**<br>Rent | $415.00 | CAMPUSEDGE CHECKING-5488 | 07/03/2012 |

Confirmation Number: DQR6Y-6Q7BG

Payment check # **42160988** was sent to **Henya Hirsch** on **06/28/2012** and delivered on **07/03/2012**. Funds were withdrawn from your **CAMPUSEDGE CHECKING-5488** account on **07/03/2012**. The payment was applied on **07/06/2012**.

| Pay To | Amount | Pay From | Deliver By |
|---|---|---|---|
| **Henya Hirsch**<br>Rent | $100.00 | CAMPUSEDGE CHECKING-5488 | 06/29/2012 |

Confirmation Number: DR2WF-PRQ54

Payment check # **41680610** was sent to **Henya Hirsch** on **06/27/2012** and delivered on **06/29/2012**. Funds were withdrawn from your **CAMPUSEDGE CHECKING-5488** account on **06/29/2012**. The payment was applied on **07/06/2012**.

| | | | |
|---|---|---|---|
| **Henya Hirsch**<br>Rent | $415.00 | CAMPUSEDGE CHECKING-5488 | 06/27/2012 |

Confirmation Number: DQ18V-0S8SQ

Payment check # **39394615** was sent to **Henya Hirsch** on **06/22/2012** and delivered on **06/27/2012**. Funds were withdrawn from your **CAMPUSEDGE CHECKING-5488** account on **06/27/2012**. The payment was applied on **07/05/2012**.

| Pay To | Amount | Pay From | Deliver By |
|---|---|---|---|
| **Henya Hirsch**<br>Rent | $415.00 | CAMPUSEDGE CHECKING-5488 | 06/20/2012 |

Confirmation Number: DPB8M-C5X0Y

Payment check # **37196774** was sent to **Henya Hirsch** on **06/15/2012** and delivered on **06/20/2012**. Funds were withdrawn from your **CAMPUSEDGE CHECKING-5488** account on **06/20/2012**. The payment was applied on **07/05/2012**.

All cashed

**Michoel Khaytin**
*Director, CHJIH*
*781 East New York Ave*
*Brooklyn, NY 11225*
Tel: 7183003299
**Click to Make an Appointment**

Want a signature like mine? Click here.

On Fri, Jul 20, 2012 at 12:04 PM, David@htsserv.com <David@htsserv.com> wrote:

I did not get them yet, are they showing that they were deposited.

**From:** Michoel Khaytin [mailto:crownheightsstamps@gmail.com]
**Sent:** Friday, July 20, 2012 10:51 AM
**To:** David@htsserv.com
**Subject:** Re: Balance

where are these payments?

| | | | |
|---|---|---|---|
| | 07/19/2012 | Processed | View Payment |
| $100.00 | | | |
| $415.00<br>Recurring Payment | 07/18/2012 | Processed | View Payment |
| $415.00<br>Recurring Payment | 07/11/2012 | Processed | View Payment |
| $415.00<br>Recurring Payment | 07/03/2012 | Processed | View Payment |

|  | | | |
|---|---|---|---|
| $100.00 | 06/29/2012 | Processed | View Payment |

| | | | |
|---|---|---|---|
| $415.00 | 06/27/2012 | Processed | View Payment |
| Recurring Payment | | | |

**Michoel Khaytin**
*Director, CHJIH*
*781 East New York Ave*
*Brooklyn, NY 11225*

Tel: 7183003299
Click to Make an Appointment

Want a signature like mine? Click here.

On Fri, Jul 20, 2012 at 10:43 AM, David@htsserv.com <David@htsserv.com> wrote:

This is what you owe

**From:** Michoel Khaytin [mailto:crownheightsstamps@gmail.com]
**Sent:** Thursday, July 19, 2012 10:50 PM
**To:** David@htsserv.com
**Subject:** Balance

On 6/20 you sent me a bill for $3,400. How come you just sent me papers for an even higher amount? This is the payment History since 6/20

| | | | |
|---|---|---|---|
| $100.00 | 07/19/2012 | Processed | View Payment |

| | | | |
|---|---|---|---|
| $415.00 | 07/18/2012 | Processed | View Payment |
| Recurring Payment | | | |

| | | | |
|---|---|---|---|
| $415.00 07/11/2012 Recurring Payment | | Processed | View Payment |
| $415.00 07/03/2012 Recurring Payment | | Processed | View Payment |
| $100.00 06/29/2012 | | Processed | View Payment |
| $415.00 06/27/2012 Recurring Payment | | Processed | View Payment |
| $415.00 06/20/2012 Recurring Payment | | Processed | View Payment |

**Michoel Khaytin**
*Director, CHJIH*
*781 East New York Ave*
*Brooklyn, NY 11225*

Tel: 7183003299
Click to Make an Appointment

Want a signature like mine" Click here.

| Attached Message | |
|---|---|
| From: | Michoel Khaytin <crownheightsstamps@gmail.com> |
| To: | David@htsserv.com <David@htsserv.com> |
| Subject: | Re: Balance |
| Date: | Fri, 20 Jul 2012 14:50:46 +0000 |

where are these payments?

|  |  | 07/19/2012 | Processed | View Payment |
|---|---|---|---|---|
| $100.00 |  |  |  |  |
| $415.00 | Recurring Payment | 07/18/2012 | Processed | View Payment |
| $415.00 | Recurring Payment | 07/11/2012 | Processed | View Payment |
| $415.00 | Recurring Payment | 07/03/2012 | Processed | View Payment |
| $100.00 |  | 06/29/2012 | Processed | View Payment |
| $415.00 | Recurring Payment | 06/27/2012 | Processed | View Payment |

**Michoel Khaytin**
*Director, CHJIH*
*781 East New York Ave*
*Brooklyn, NY 11225*
Tel: 7183003299
**Click to Make an Appointment**

Want a signature like mine? Click here.

On Fri, Jul 20, 2012 at 10:43 AM, David@htsserv.com <David@htsserv.com> wrote:

This is what you owe

**From:** Michoel Khaytin [mailto:crownheightsstamps@gmail.com]
**Sent:** Thursday, July 19, 2012 10:50 PM
**To:** David@htsserv.com
**Subject:** Balance

On 6/20 you sent me a bill for $3,400. How come you just sent me papers for an even higher amount? This is the payment History since 6/20

| | | | |
|---|---|---|---|
| $100.00 | 07/19/2012 | Processed | View Payment |
| $415.00 Recurring Payment | 07/18/2012 | Processed | View Payment |
| $415.00 Recurring Payment | 07/11/2012 | Processed | View Payment |
| $415.00 Recurring Payment | 07/03/2012 | Processed | View Payment |
| $100.00 | 06/29/2012 | Processed | View Payment |
| $415.00 Recurring Payment | 06/27/2012 | Processed | View Payment |
| $415.00 Recurring Payment | 06/20/2012 | Processed | View Paymen |

**Michoel Khaytin**
*Director, CHJIH*
*781 East New York Ave*
*Brooklyn, NY 11225*

Tel: 7183003299
Click to Make an Appointment

Want a signature like mine? Click here.

---

| Attached Message | |
|---|---|
| From: | Michoel Khaytin <crownheightsstamps@gmail.com> |
| To: | David@htsserv.com <David@htsserv.com> |
| Subject: | Balance |
| Date: | Fri, 20 Jul 2012 02:50:07 +0000 |

On 6/20 you sent me a bill for $3,400. How come you just sent me papers for an even higher amount? This is the payment History since 6/20

| | | | |
|---|---|---|---|
| $100.00 | 07/19/2012 | Processed | View Payment |
| $415.00 Recurring Payment | 07/18/2012 | Processed | View Payment |
| $415.00 Recurring Payment | 07/11/2012 | Processed | View Payment |
| $415.00 Recurring Payment | 07/03/2012 | Processed | View Payment |
| $100.00 | 06/29/2012 | Processed | View Payment |
| $415.00 Recurring Payment | 06/27/2012 | Processed | View Payment |
| $415.00 Recurring Payment | 06/20/2012 | Processed | View Paymen |

**Michoel Khaytin**
*Director, CHJIH*
*781 East New York Ave*
*Brooklyn, NY 11225*

Tel: 7183003299
**Click to Make an Appointment**

Want a signature like mine? Click here.

| | |
|---|---|
| **Attached Message** | |
| From: | Michael Khaytin <crownheightsstamps@gmail.com> |
| To: | David@htsserv.com <David@htsserv.com> |
| Subject: | RE: Electric Box |
| Date: | Sun, 15 Jul 2012 14:06:09 +0000 |

Reminding you that we need the electric box at 11

On Jul 12, 2012 7:21 PM, "David@htsserv.com" <David@htsserv.com> wrote:
Ok


David Sputz
Heights Services LLC


-------- Original message --------
Subject: Electric Box
From: Michael Khaytin <crownheightsstamps@gmail.com>
To: "David@htsserv.com" <David@htsserv.com>
CC:


We need it open 11-2 this Sunday

**Michoel Khaytin**
*Director, CHJIH*
*781 East New York Ave*
*Brooklyn, NY 11225*
Tel: 7183003299
**Click to Make an Appointment**

Want a signature like mine? Click here.

| | |
|---|---|
| **Attached Message** | |
| From: | Michael Khaytin <crownheightsstamps@gmail.com> |
| To: | David@htsserv.com <David@htsserv.com> |
| Subject: | Electric Box |
| Date: | Thu, 12 Jul 2012 20:35:58 +0000 |

We need it open 11-2 this Sunday

**Michoel Khaytin**
*Director, CHJIH*

781 East New York Ave
Brooklyn, NY 11225
Tel: 7183003299
**Click to Make an Appointment**

Want a signature like mine? Click here.

| | |
|---|---|
| **Attached Message** | |
| From: | Michoel Khaytin <crownheightsstamps@gmail.com> |
| To: | David@htsserv.com <David@htsserv.com> |
| Subject: | RE: Electric Meter and Boxes |
| Date: | Thu, 12 Jul 2012 03:31:20 +0000 |

The electric company is not coming. I need to submit a reading and start my bill. So when the cable guy comes and needs access I'll tell you

On Jul 11, 2012 11:20 PM, "David@htsserv.com" <David@htsserv.com> wrote:

> You are correct it's not your responsibility to take it out to the curb, please pay the current rent plus some of the old rent, let me know when the electric company is coming and I will get access to the meters.

**From:** Michoel Khaytin [mailto:crownheightsstamps@gmail.com]
**Sent:** Wednesday, July 11, 2012 10:04 PM
**To:** David@htsserv.com
**Subject:** RE: Electric Meter and Boxes

The garbage is taking out to the garbage cans outside the box of the cake together behind the garbage cans. There are 2 other people living in the building including the landlord I will not take responsibility for taking the garbage to the curb. There is no reason to spread our boxes around they were taped together and we will not take the time to put it back together after the landlord decide to be reckless. The pay the lab rent is paid every week and it will be paid out. We can not install engine in a house and then my wife cannot conduct her work because we have no access to the electric box with the cable guy needs access to electric box. This has been going on for 3 months

On Jul 11, 2012 9:56 PM, "David@htsserv.com" <David@htsserv.com> wrote:

Just to clarify, if you want someone to take out your garbage you can move into an apartment building that has a super, everyone that lives in a house takes out their own garbage "and you know that", with regard to rent, as of right now your balance is $2985 which is not acceptable or mentchlich, if you need help get help, but not on someone lessees cheshbon, with regards to internet I'm not sure what the issue is, as to Con Edison; set up a date and the access will be worked out.

**From:** Michoel Khaytin [mailto:crownheightsstamps@gmail.com]
**Sent:** Wednesday, July 11, 2012 9:20 PM
**To:** David@htsserv.com
**Subject:** Re: Electric Meter and Boxes

1. We still cant get access to the electric box. The electric is still not in our name and we cannot install internet. The alternative of DSL is twice the price of cable
2. As for the rent - you received over $1000 in the last week. CAnnot be $3000. Also - if you plan to charge me for the notice you sent - I work with FEPS and welfare for a living. I know who owes how much for what type of homes and I know that we are much better then 90% of your clients. If you plan to charge me for the notice - I would rather not pay and apply for a one shot deal. I am paying and every month is currently paid up besides the old balance.
3. I will not be taking out the garbage. There is a place for garbage upfront and there is a landlord and management to take care of that. I come home 1130 and do not have the ability to do that. Furthermore - who keeps throwing the boxes around? There are stacked properly (folded flat) and were even taped together yesterday.

**Michoel Khaytin**
*Director, CHJIH*
*781 East New York Ave*
*Brooklyn, NY 11225*

Tel: 7183003299
<u>Click to Make an Appointment</u>

<u>Want a signature like mine? Click here.</u>

On Wed, Jul 11, 2012 at 9:13 PM, <u>David@htsserv.com</u> <<u>David@htsserv.com</u>> wrote:

Good evening

1.   What issue was never resolved

2.   You owe now $3000 that's a lot of money for a two family house and it must be paid off at once.

3.   Put out your garbage when its garbage time.

**From:** Michoel Khaytin [mailto:<u>crownheightsstamps@gmail.com</u>]
**Sent:** Wednesday, July 11, 2012 4:16 PM
**To:** <u>David@htsserv.com</u>

**Subject:** Re: Electric Meter and Boxes

1. Issue was Never Resolved.

2. I raised the weekly payments to catch up

3. We have no idea what to do with the boxes. We fold them outside and someone keeps bringing them in front of our door. We tapes them together - someone took them apart and through them over the driveway.

**Michoel Khaytin**
*Director, CHJIH*
*781 East New York Ave*
*Brooklyn, NY 11225*

Tel: 7183003299
Click to Make an Appointment

Want a signature like mine? Click here. Error! Filename not specified.

**Error! Filename not specified.**


On Wed, Jul 4, 2012 at 7:20 PM, David@htsserv.com <David@htsserv.com> wrote:

I will let her know, unrelated! What is the plan with rent, you are more then a month behind in your payments.


David Sputz
Heights Services LLC


-------- Original message --------

Subject: Re: Electric Meter and Boxes
From: Michoel Khaytin <crownheightsstamps@gmail.com>
To: "David@htsserv.com" <David@htsserv.com>
CC:

I know it shouldn't but it is because we need the combination and access to it on Friday for the cable guy

**Michoel Khaytin**
*Director, CHJIH*
*781 East New York Ave*
*Brooklyn, NY 11225*

Tel: 7183003299
Click to Make an Appointment

Want a signature like mine? Click here. Error! Filename not specified.

**Error! Filename not specified.**

On Wed, Jul 4, 2012 at 12:18 PM, David@htsserv.com <David@htsserv.com> wrote:

Should not be a problem,

David Sputz
Heights Services LLC


-------- Original message --------
Subject: Electric Meter and Boxes
From: Michoel Khaytin <crownheightsstamps@gmail.com>
To: "David@htsserv.com" <David@htsserv.com>
CC:

Good Afternoon


We have been trying to access the electric meter for a while. We need to install cable internet and they need access. Also - the electric bill is still nto in our name and we cannot switch it until we get a reading. Please advise


Also - please advise regarding the boxes.


Thank You

**Michoel Khaytin**
*Director, CHJIH*
*781 East New York Ave*
*Brooklyn, NY 11225*

Tel: 7183003299
Click to Make an Appointment

Want a signature like mine? Click here. **Error! Filename not specified.**

**Error! Filename not specified.**

| Attached Message | |
|---|---|
| From: | Michoel Khaytin <crownheightsstamps@gmail.com> |
| To: | David@htsserv.com <David@htsserv.com> |
| Subject: | RE: Electric Meter and Boxes |
| Date: | Thu, 12 Jul 2012 02:03:39 +0000 |

The garbage is taking out to the garbage cans outside the box of the cake together behind the garbage cans. There are 2 other people living in the building including the landlord I will not take responsibility for taking the garbage to the curb. There is no reason to spread our boxes around they were taped together and we will not take the time to put it back together after the landlord decide to be reckless. The pay the lab rent is paid every week and it will be paid out. We can not install engine in a house and then my wife cannot conduct her work because we have no access to the electric box with the cable guy needs access to electric box. This has been going on for 3 months

On Jul 11, 2012 9:56 PM, "David@htsserv.com" <David@htsserv.com> wrote:

Just to clarify, if you want someone to take out your garbage you can move into an apartment building that has a super, everyone that lives in a house takes out their own garbage "and you know that", with regard to rent, as of right now your balance is $2985 which is not acceptable or mentchlich, if you need help get help, but not on someone lessees cheshbon, with regards to internet I'm not sure what the issue is, as to Con Edison; set up a date and the access will be worked out.

**From:** Michoel Khaytin [mailto:crownheightsstamps@gmail.com]
**Sent:** Wednesday, July 11, 2012 9:20 PM
**To:** David@htsserv.com
**Subject:** Re: Electric Meter and Boxes

1. We still cant get access to the electric box. The electric is still not in our name and we cannot install internet. The alternative of DSL is twice the price of cable
2. As for the rent - you received over $1000 in the last week. CAnnot be $3000. Also - if you plan to charge me for the notice you sent - I work with FEPS and welfare for a living. I know who owes how much for what type of homes and I know that we are much better then 90% of your clients. If you plan to charge me for the notice - I would rather not pay and apply for a one shot deal. I am paying and every month is currently paid up besides the old balance.
3. I will not be taking out the garbage. There is a place for garbage upfront and there is a landlord and management to take care of that. I come home 1130 and do not have the ability to do that. Furthermore - who keeps throwing the boxes around? There are stacked properly (folded flat) and were even taped together yesterday.

**Michoel Khaytin**
*Director, CHJIH*
*781 East New York Ave*
*Brooklyn, NY 11225*

Tel: 7183003299
Click to Make an Appointment

Want a signature like mine? Click here.

On Wed, Jul 11, 2012 at 9:13 PM, David@htsserv.com <David@htsserv.com> wrote:

Good evening

1.   What issue was never resolved

2.   You owe now $3000 that's a lot of money for a two family house and it must be paid off at once.

3.   Put out your garbage when its garbage time.


**From:** Michael Khaytin [mailto:crownheightsstamps@gmail.com]
**Sent:** Wednesday, July 11, 2012 4:16 PM
**To:** David@htsserv.com

**Subject:** Re: Electric Meter and Boxes


1. Issue was Never Resolved.

2. I raised the weekly payments to catch up

3. We have no idea what to do with the boxes. We fold them outside and someone keeps bringing them in front of our door. We tapes them together - someone took them apart and through them over the driveway.


**Michoel Khaytin**
*Director, CHJIH*
*781 East New York Ave*
*Brooklyn, NY 11225*

Tel: 7183003299
Click to Make an Appointment

Want a signature like mine? Click here. **Error! Filename not specified.**

**Error! Filename not specified.**


On Wed, Jul 4, 2012 at 7:20 PM, David@htsserv.com <David@htsserv.com> wrote:

I will let her know, unrelated! What is the plan with rent, you are more then a month behind in your payments.


David Sputz
Heights Services LLC


-------- Original message --------

Subject: Re: Electric Meter and Boxes
From: Michoel Khaytin <crownheightsstamps@gmail.com>
To: "David@htsserv.com" <David@htsserv.com>
CC:

I know it shouldn't but it is because we need the combination and access to it on Friday for the cable guy

**Michoel Khaytin**
*Director, CHJIH*
*781 East New York Ave*
*Brooklyn, NY 11225*

Tel: 7183003299
Click to Make an Appointment

Want a signature like mine? Click here. Error! Filename not specified.

**Error! Filename not specified.**

On Wed, Jul 4, 2012 at 12:18 PM, David@htsserv.com <David@htsserv.com> wrote:

Should not be a problem,

David Sputz
Heights Services LLC

-------- Original message --------
Subject: Electric Meter and Boxes
From: Michoel Khaytin <crownheightsstamps@gmail.com>
To: "David@htsserv.com" <David@htsserv.com>
CC:

Good Afternoon

We have been trying to access the electric meter for a while. We need to install cable internet and they need access. Also - the electric bill is still nto in our name and we cannot switch it until we get a reading. Please advise

Also - please advise regarding the boxes.

Thank You

**Michoel Khaytin**
*Director, CHJIH*

http://mail.aol.com/36962-112/aol-6/en-us/mail/PrintMessage.aspx                    9/10/2012

781 East New York Ave
Brooklyn, NY 11225

Tel: 7183003299
Click to Make an Appointment

Want a signature like mine? Click here. Error! Filename not specified.

**Error! Filename not specified.**

| | |
|---|---|
| **Attached Message** | |
| From: | Michoel Khaytin <crownheightsstamps@gmail.com> |
| To: | David@htsserv.com <David@htsserv.com> |
| Subject: | Re: Electric Meter and Boxes |
| Date: | Thu, 12 Jul 2012 01:20:19 +0000 |

1. We still cant get access to the electric box. The electric is still not in our name and we cannot install internet. The alternative of DSL is twice the price of cable
2. As for the rent - you received over $1000 in the last week. CAnnot be $3000. Also - if you plan to charge me for the notice you sent - I work with FEPS and welfare for a living. I know who owes how much for what type of homes and I know that we are much better then 90% of your clients. If you plan to charge me for the notice - I would rather not pay and apply for a one shot deal. I am paying and every month is currently paid up besides the old balance.
3. I will not be taking out the garbage. There is a place for garbage upfront and there is a landlord and management to take care of that. I come home 1130 and do not have the ability to do that. Furthermore - who keeps throwing the boxes around? There are stacked properly (folded flat) and were even taped together yesterday.


**Michoel Khaytin**
*Director, CHJIH*
*781 East New York Ave*
*Brooklyn, NY 11225*
Tel: 7183003299
**Click to Make an Appointment**

Want a signature like mine? Click here.

On Wed, Jul 11, 2012 at 9:13 PM, David@htsserv.com <David@htsserv.com> wrote:

Good evening

1. What issue was never resolved
2. You owe now $3000 that's a lot of money for a two family house and it must be paid off at once.

3.   Put out your garbage when its garbage time.


**From:** Michoel Khaytin [mailto:crownheightsstamps@gmail.com]
**Sent:** Wednesday, July 11, 2012 4:16 PM
**To:** David@htsserv.com


**Subject:** Re: Electric Meter and Boxes


1. Issue was Never Resolved.

2. I raised the weekly payments to catch up

3. We have no idea what to do with the boxes. We fold them outside and someone keeps bringing them in front of our door. We tapes them together - someone took them apart and through them over the driveway.


**Michoel Khaytin**
*Director, CHJIH*
*781 East New York Ave*
*Brooklyn, NY 11225*

Tel: 7183003299
<u>Click to Make an Appointment</u>

|                                     |
|-------------------------------------|
| Want a signature like mine? Click here. |


On Wed, Jul 4, 2012 at 7:20 PM, David@htsserv.com <David@htsserv.com> wrote:

I will let her know, unrelated! What is the plan with rent, you are more then a month behind in your payments.


David Sputz
Heights Services LLC


-------- Original message --------

Subject: Re: Electric Meter and Boxes
From: Michoel Khaytin <crownheightsstamps@gmail.com>
To: "David@htsserv.com" <David@htsserv.com>
CC:

I know it shouldn't but it is because we need the combination and access to it on Friday for the cable guy

**Michoel Khaytin**
*Director, CHJIH*
*781 East New York Ave*
*Brooklyn, NY 11225*

Tel: 7183003299
Click to Make an Appointment

Want a signature like mine? Click here. Error! Filename not specified.

**Error! Filename not specified.**

On Wed, Jul 4, 2012 at 12:18 PM, David@htsserv.com <David@htsserv.com> wrote:

Should not be a problem,

David Sputz
Heights Services LLC

-------- Original message --------
Subject: Electric Meter and Boxes
From: Michoel Khaytin <crownheightsstamps@gmail.com>
To: "David@htsserv.com" <David@htsserv.com>
CC:

Good Afternoon

We have been trying to access the electric meter for a while. We need to install cable internet and they need access. Also - the electric bill is still nto in our name and we cannot switch it until we get a reading. Please advise

Also - please advise regarding the boxes.

Thank You

**Michoel Khaytin**
*Director, CHJIH*
*781 East New York Ave*
*Brooklyn, NY 11225*

Tel: 7183003299
Click to Make an Appointment

Want a signature like mine? Click here. Error! Filename not specified.

**Error! Filename not specified.**

| Attached Message | |
|---|---|
| From: | Michael Khaytin <crownheightsstamps@gmail.com> |
| To: | David@htsserv.com <David@htsserv.com> |
| Subject: | Re: Electric Meter and Boxes |
| Date: | Wed, 11 Jul 2012 20:15:41 +0000 |

1. Issue was Never Resolved.
2. I raised the weekly payments to catch up
3. We have no idea what to do with the boxes. We fold them outside and someone keeps bringing them in front of our door. We tapes them together - someone took them apart and through them over the driveway.

**Michoel Khaytin**
*Director, CHJIH*
*781 East New York Ave*
*Brooklyn, NY 11225*
Tel: 7183003299
**Click to Make an Appointment**

Want a signature like mine? Click here.

On Wed, Jul 4, 2012 at 7:20 PM, David@htsserv.com <David@htsserv.com> wrote:
I will let her know, unrelated! What is the plan with rent, you are more then a month behind in your payments.

David Sputz
Heights Services LLC

-------- Original message --------
Subject: Re: Electric Meter and Boxes
From: Michoel Khaytin <crownheightsstamps@gmail.com>
To: "David@htsserv.com" <David@htsserv.com>
CC:

I know it shouldn't but it is because we need the combination and access to it on Friday for the cable guy

**Michoel Khaytin**
*Director, CHJIH*
*781 East New York Ave*
*Brooklyn, NY 11225*
Tel: 7183003299
**Click to Make an Appointment**

Want a signature like mine? Click here.

On Wed, Jul 4, 2012 at 12:18 PM, David@htsserv.com <David@htsserv.com> wrote:
Should not be a problem,

David Sputz
Heights Services LLC

-------- Original message --------
Subject: Electric Meter and Boxes
From: Michoel Khaytin <crownheightsstamps@gmail.com>
To: "David@htsserv.com" <David@htsserv.com>
CC:

Good Afternoon

We have been trying to access the electric meter for a while. We need to install cable internet and they need access. Also - the electric bill is still nto in our name and we cannot switch it until we get a reading. Please advise

Also - please advise regarding the boxes.

Thank You

**Michoel Khaytin**
*Director, CHJIH*
*781 East New York Ave*
*Brooklyn, NY 11225*
Tel: 7183003299
**Click to Make an Appointment**

Want a signature like mine? Click here.

| Attached Message | |
|---|---|
| From: | Michoel Khaytin <crownheightsstamps@gmail.com> |
| To: | David@htsserv.com <David@htsserv.com> |
| Subject: | Re: Electric Meter and Boxes |
| Date: | Wed, 4 Jul 2012 16:25:26 +0000 |

I know it shouldn't but it is because we need the combination and access to it on Friday for the cable guy

**Michoel Khaytin**
*Director, CHJIH*
*781 East New York Ave*
*Brooklyn, NY 11225*
Tel: 7183003299
**Click to Make an Appointment**

Want a signature like mine? Click here.

On Wed, Jul 4, 2012 at 12:18 PM, David@htsserv.com <David@htsserv.com> wrote:
Should not be a problem,

David Sputz
Heights Services LLC

-------- Original message --------
Subject: Electric Meter and Boxes
From: Michoel Khaytin <crownheightsstamps@gmail.com>
To: "David@htsserv.com" <David@htsserv.com>
CC:

Good Afternoon

We have been trying to access the electric meter for a while. We need to install cable internet and they need access. Also - the electric bill is still nto in our name and we cannot switch it until we get a reading. Please advise

Also - please advise regarding the boxes.

Thank You

**Michoel Khaytin**
*Director, CHJIH*
*781 East New York Ave*
*Brooklyn, NY 11225*
Tel: 7183003299
**Click to Make an Appointment**

Want a signature like mine? Click here. .

Attached Message

| | |
|---|---|
| From: | Michoel Khaytin <crownheightsstamps@gmail.com> |
| To: | David@htsserv.com <David@htsserv.com> |
| Subject: | Electric Meter and Boxes |

Date:      Wed, 4 Jul 2012 15:55:51 +0000

Good Afternoon

We have been trying to access the electric meter for a while. We need to install cable internet and they need access. Also - the electric bill is still nto in our name and we cannot switch it until we get a reading. Please advise

Also - please advise regarding the boxes.

Thank You

**Michoel Khaytin**
*Director, CHJIH*
*781 East New York Ave*
*Brooklyn, NY 11225*
Tel: 7183003299
**Click to Make an Appointment**

Want a signature like mine? Click here.

---

| Attached Message | |
|---|---|
| From: | Michoel Khaytin <crownheightsstamps@gmail.com> |
| To: | David@htsserv.com <David@htsserv.com> |
| Subject: | RE: 439 sterling |
| Date: | Fri, 1 Jun 2012 14:11:10 +0000 |

Fridge is down again
I will let her know
And I will notify you soon

On Jun 1, 2012 8:31 AM, "David@htsserv.com" <David@htsserv.com> wrote:

Good morning, please let your goite know that someone will be coming by to repair your bathroom. Also when do you think you can become up to date with the rent.

**From:** Michoel Khaytin [mailto:crownheightsstamps@gmail.com]
**Sent:** Friday, June 01, 2012 12:55 AM
**To:** David@htsserv.com
**Subject:** Re: 439 sterling

So 2845

On Jun 1, 2012 12:35 AM, "David@htsserv.com" <David@htsserv.com> wrote:

No

David Sputz
Heights Services LLC

-------- Original message --------
Subject: Re: 439 sterling
From: Michoel Khaytin <crownheightsstamps@gmail.com>
To: "David@htsserv.com" <David@htsserv.com>
CC:

Including June?

Sent from my iPad

On Jun 1, 2012, at 12:10 AM, "David@htsserv.com" <David@htsserv.com> wrote:

$1045


David Sputz
Heights Services LLC


-------- Original message --------
Subject: Re: 439 sterling
From: Michoel Khaytin <crownheightsstamps@gmail.com>
To: "David@htsserv.com" <David@htsserv.com>
CC:

What's the balance?

On May 31, 2012 11:39 PM, "David@htsserv.com" <David@htsserv.com> wrote:

Sorry i missed your response


David Sputz
Heights Services LLC


-------- Original message --------
Subject: Re: 439 sterling
From: Michoel Khaytin <crownheightsstamps@gmail.com>
To: "David@htsserv.com" <David@htsserv.com>
CC:

My shiksa was there the whole day besides from 1-2


**Michoel Khaytin**
*Director, CHJIH*
*781 East New York Ave*
*Brooklyn, NY 11225*

Tel:7183003299
Click to Make an Appointment

Want a signature like mine? Click here.

On Thu, May 31, 2012 at 10:59 PM, David@htsserv.com <David@htsserv.com> wrote:

Yes he did at noon and no one was home, he will be back tomorow

David Sputz
Heights Services LLC

-------- Original message --------

Subject: Re: 439 sterling
From: Michoel Khaytin <crownheightsstamps@gmail.com>
To: "David@htsserv.com" <David@htsserv.com>
CC:

FYI - no one came

**Michoel Khaytin**
*Director, CHJIH*
*781 East New York Ave*
*Brooklyn, NY 11225*

Tel:7183003299
Click to Make an Appointment

Want a signature like mine? Click here. Error! Filename not specified.

**Error! Filename not specified.**

On Wed, May 30, 2012 at 9:00 PM, David@htsserv.com <David@htsserv.com> wrote:

OK, I will have somone there tomorow

David Sputz
Heights Services LLC

-------- Original message --------

Subject: RE: 439 sterling
From: Michoel Khaytin <crownheightsstamps@gmail.com>
To: "David@htsserv.com" <David@htsserv.com>

CC:

Yes. Around 12

Fyi no one came yet for the toilet tank or the inter come. The toilet tank is leaking pretty bad.

On May 29, 2012 7:42 PM, "David@htsserv.com" <David@htsserv.com> wrote:

Did the service person come today?


David Sputz
Heights Services LLC


-------- Original message --------
Subject: 439 sterling
From: Michoel Khaytin <crownheightsstamps@gmail.com>
To: "David@htsserv.com" <David@htsserv.com>
CC:


Gm

I have not had my phone for a while

Out fridge is broken. Freezer is cold fridge very hot in the outside and not cold at all on the inside.

What should we do? I can pay for it towards the balance or they have one in another part of the house, I was told by mordy hersch, that can be moved over to us


| Attached Message | |
| --- | --- |
| From: | Michoel Khaytin <crownheightsstamps@gmail.com> |
| To: | David@htsserv.com <David@htsserv.com> |
| Subject: | RE: 439 sterling |
| Date: | Fri, 1 Jun 2012 13:57:41 +0000 |

The fridge is not working again

On Jun 1, 2012 12:56 AM, "David@htsserv.com" <David@htsserv.com> wrote:

With June, correct


**From:** Michoel Khaytin [mailto:crownheightsstamps@gmail.com]
**Sent:** Friday, June 01, 2012 12:55 AM
**To:** David@htsserv.com
**Subject:** Re: 439 sterling

So 2845

On Jun 1, 2012 12:35 AM, "David@htsserv.com" <David@htsserv.com> wrote:

No


David Sputz
Heights Services LLC


-------- Original message --------
Subject: Re: 439 sterling
From: Michoel Khaytin <crownheightsstamps@gmail.com>
To: "David@htsserv.com" <David@htsserv.com>
CC:


Including June?

Sent from my iPad


On Jun 1, 2012, at 12:10 AM, "David@htsserv.com" <David@htsserv.com> wrote:

$1045


David Sputz
Heights Services LLC


-------- Original message --------
Subject: Re: 439 sterling
From: Michoel Khaytin <crownheightsstamps@gmail.com>
To: "David@htsserv.com" <David@htsserv.com>
CC:


What's the balance?

On May 31, 2012 11:39 PM, "David@htsserv.com" <David@htsserv.com> wrote:

Sorry i missed your response


David Sputz
Heights Services LLC


-------- Original message --------
Subject: Re: 439 sterling
From: Michoel Khaytin <crownheightsstamps@gmail.com>
To: "David@htsserv.com" <David@htsserv.com>
CC:


My shiksa was there the whole day besides from 1-2

**Michoel Khaytin**
*Director, CHJIH*
*781 East New York Ave*
*Brooklyn, NY 11225*

Tel:7183003299
Click to Make an Appointment

<u>Want a signature like mine? Click here.</u>

On Thu, May 31, 2012 at 10:59 PM, David@htsserv.com <David@htsserv.com> wrote:

Yes he did at noon and no one was home, he will be back tomorow

David Sputz
Heights Services LLC

-------- Original message --------

Subject: Re: 439 sterling
From: Michoel Khaytin <crownheightsstamps@gmail.com>
To: "David@htsserv.com" <David@htsserv.com>
CC:

FYI - no one came

**Michoel Khaytin**
*Director, CHJIH*
*781 East New York Ave*
*Brooklyn, NY 11225*

Tel:7183003299
Click to Make an Appointment

<u>Want a signature like mine? Click here.</u> **Error! Filename not specified.**

**Error! Filename not specified.**

On Wed, May 30, 2012 at 9:00 PM, David@htsserv.com <David@htsserv.com> wrote:

OK, I will have somone there tomorow

David Sputz
Heights Services LLC

-------- Original message --------

Subject: RE: 439 sterling
From: Michoel Khaytin <crownheightsstamps@gmail.com>
To: "David@htsserv.com" <David@htsserv.com>
CC:

Yes. Around 12

Fyi no one came yet for the toilet tank or the inter come. The toilet tank is leaking pretty
bad.

On May 29, 2012 7:42 PM, "David@htsserv.com" <David@htsserv.com> wrote:

Did the service person come today?

David Sputz
Heights Services LLC

-------- Original message --------
Subject: 439 sterling
From: Michoel Khaytin <crownheightsstamps@gmail.com>
To: "David@htsserv.com" <David@htsserv.com>
CC:

Gm

I have not had my phone for a while

Out fridge is broken. Freezer is cold fridge very hot in the outside and not cold at all on the
inside.

What should we do? I can pay for it towards the balance or they have one in another part of
the house, I was told by mordy hersch, that can be moved over to us

| | |
|---|---|
| **Attached Message** | |
| From: | Michoel Khaytin <crownheightsstamps@gmail.com> |
| To: | David@htsserv.com <David@htsserv.com> |
| Subject: | Re: 439 sterling |
| Date: | Fri, 1 Jun 2012 04:54:54 +0000 |

So 2845

Case 1:12-cv-04169-SLT-MDG  Document 4-5  Filed 09/10/12  Page 46 of 58 PageID #: 98

On Jun 1, 2012 12:35 AM, "David@htsserv.com" <David@htsserv.com> wrote:
No


David Sputz
Heights Services LLC


-------- Original message --------
Subject: Re: 439 sterling
From: Michoel Khaytin <crownheightsstamps@gmail.com>
To: "David@htsserv.com" <David@htsserv.com>
CC:


Including June?

Sent from my iPad

On Jun 1, 2012, at 12:10 AM, "David@htsserv.com" <David@htsserv.com> wrote:

   $1045


   David Sputz
   Heights Services LLC


   -------- Original message --------
   Subject: Re: 439 sterling
   From: Michoel Khaytin <crownheightsstamps@gmail.com>
   To: "David@htsserv.com" <David@htsserv.com>
   CC:


   What's the balance?

   On May 31, 2012 11:39 PM, "David@htsserv.com" <David@htsserv.com> wrote:
   Sorry i missed your response


   David Sputz
   Heights Services LLC


   -------- Original message --------
   Subject: Re: 439 sterling
   From: Michoel Khaytin <crownheightsstamps@gmail.com>
   To: "David@htsserv.com" <David@htsserv.com>
   CC:


   My shiksa was there the whole day besides from 1-2


   **Michoel Khaytin**
   *Director, CHJIH*

*781 East New York Ave*
*Brooklyn, NY 11225*
Tel: 7183003299
**Click to Make an Appointment**

Want a signature like mine? Click here.


On Thu, May 31, 2012 at 10:59 PM, David@htsserv.com <David@htsserv.com> wrote:
Yes he did at noon and no one was home, he will be back tomorow


David Sputz
Heights Services LLC


-------- Original message --------
Subject: Re: 439 sterling
From: Michoel Khaytin <crownheightsstamps@gmail.com>
To: "David@htsserv.com" <David@htsserv.com>
CC:


FYI - no one came

**Michoel Khaytin**
*Director, CHJIH*
*781 East New York Ave*
*Brooklyn, NY 11225*
Tel: 7183003299
**Click to Make an Appointment**

Want a signature like mine? Click here. .


On Wed, May 30, 2012 at 9:00 PM, David@htsserv.com <David@htsserv.com> wrote:
OK, I will have somone there tomorow


David Sputz
Heights Services LLC


-------- Original message --------
Subject: RE: 439 sterling
From: Michoel Khaytin <crownheightsstamps@gmail.com>
To: "David@htsserv.com" <David@htsserv.com>
CC:


Yes. Around 12

Fyi no one came yet for the toilet tank or the inter come. The toilet tank is leaking pretty bad.

On May 29, 2012 7:42 PM, "David@htsserv.com" <David@htsserv.com> wrote:
Did the service person come today?


David Sputz
Heights Services LLC


-------- Original message --------
Subject: 439 sterling
From: Michoel Khaytin <crownheightsstamps@gmail.com>
To: "David@htsserv.com" <David@htsserv.com>
CC:


Gm

I have not had my phone for a while

Out fridge is broken. Freezer is cold fridge very hot in the outside and not cold at all on the inside.

What should we do? I can pay for it towards the balance or they have one in another part of the house, I was told by mordy hersch, that can be moved over to us

---

| Attached Message | |
|---|---|
| From: | Michoel Khaytin <crownheightsstamps@gmail.com> |
| To: | David@htsserv.com <David@htsserv.com> |
| Subject: | Re: 439 sterling |
| Date: | Fri, 1 Jun 2012 04:42:53 +0000 |

Including June ?

Sent from my iPad

On Jun 1, 2012, at 12:10 AM, "David@htsserv.com" <David@htsserv.com> wrote:


$1045


David Sputz
Heights Services LLC


-------- Original message --------
Subject: Re: 439 sterling
From: Michoel Khaytin <crownheightsstamps@gmail.com>
To: "David@htsserv.com" <David@htsserv.com>
CC:

What's the balance?

On May 31, 2012 11:39 PM, "David@htsserv.com" <David@htsserv.com> wrote:
Sorry i missed your response


David Sputz
Heights Services LLC


-------- Original message --------
Subject: Re: 439 sterling
From: Michoel Khaytin <crownheightsstamps@gmail.com>
To: "David@htsserv.com" <David@htsserv.com>
CC:


My shiksa was there the whole day besides from 1-2

**Michoel Khaytin**
*Director, CHJIH*
*781 East New York Ave*
*Brooklyn, NY 11225*
Tel: 7183003299
**Click to Make an Appointment**

Want a signature like mine? Click here.


On Thu, May 31, 2012 at 10:59 PM, David@htsserv.com <David@htsserv.com> wrote:
Yes he did at noon and no one was home, he will be back tomorow


David Sputz
Heights Services LLC


-------- Original message --------
Subject: Re: 439 sterling
From: Michoel Khaytin <crownheightsstamps@gmail.com>
To: "David@htsserv.com" <David@htsserv.com>
CC:


FYI - no one came

**Michoel Khaytin**
*Director, CHJIH*
*781 East New York Ave*
*Brooklyn, NY 11225*

Tel: 7183003299
**Click to Make an Appointment**

Want a signature like mine? Click here. .

On Wed, May 30, 2012 at 9:00 PM, David@htsserv.com <David@htsserv.com> wrote:
OK, I will have somone there tomorow



David Sputz
Heights Services LLC


-------- Original message --------
Subject: RE: 439 sterling
From: Michoel Khaytin <crownheightsstamps@gmail.com>
To: "David@htsserv.com" <David@htsserv.com>
CC:



Yes. Around 12

Fyi no one came yet for the toilet tank or the inter come. The toilet tank is leaking pretty bad.

On May 29, 2012 7:42 PM, "David@htsserv.com" <David@htsserv.com> wrote:
Did the service person come today?


David Sputz
Heights Services LLC


-------- Original message --------
Subject: 439 sterling
From: Michoel Khaytin <crownheightsstamps@gmail.com>
To: "David@htsserv.com" <David@htsserv.com>
CC:



Gm

I have not had my phone for a while

Out fridge is broken. Freezer is cold fridge very hot in the outside and not cold at all on the inside.

What should we do? I can pay for it towards the balance or they have one in another part of the house, I was told by mordy hersch, that can be moved over to us

Attached Message

| | |
|---|---|
| From: | Michoel Khaytin <crownheightsstamps@gmail.com> |
| To: | David@htsserv.com <David@htsserv.com> |
| Subject: | Re: 439 sterling |
| Date: | Fri, 1 Jun 2012 04:35:35 +0000 |

Including June?

Sent from my iPad

On Jun 1, 2012, at 12:10 AM, "David@htsserv.com" <David@htsserv.com> wrote:

$1045

David Sputz
Heights Services LLC

-------- Original message --------
Subject: Re: 439 sterling
From: Michoel Khaytin <crownheightsstamps@gmail.com>
To: "David@htsserv.com" <David@htsserv.com>
CC:

What's the balance?

On May 31, 2012 11:39 PM, "David@htsserv.com" <David@htsserv.com> wrote:
Sorry i missed your response

David Sputz
Heights Services LLC

-------- Original message --------
Subject: Re: 439 sterling
From: Michoel Khaytin <crownheightsstamps@gmail.com>
To: "David@htsserv.com" <David@htsserv.com>
CC:

My shiksa was there the whole day besides from 1-2

**Michoel Khaytin**
*Director, CHJIH*
*781 East New York Ave*
*Brooklyn, NY 11225*
Tel: 7183003299
**Click to Make an Appointment**

Want a signature like mine? Click here.

On Thu, May 31, 2012 at 10:59 PM, David@htsserv.com <David@htsserv.com> wrote:
Yes he did at noon and no one was home, he will be back tomorow

David Sputz
Heights Services LLC

-------- Original message --------
Subject: Re: 439 sterling
From: Michoel Khaytin <crownheightsstamps@gmail.com>
To: "David@htsserv.com" <David@htsserv.com>
CC:

FYI – no one came

**Michoel Khaytin**
*Director, CHJIH*
*781 East New York Ave*
*Brooklyn, NY 11225*
Tel: 7183003299
**Click to Make an Appointment**

Want a signature like mine? Click here.

On Wed, May 30, 2012 at 9:00 PM, David@htsserv.com <David@htsserv.com> wrote:
OK, I will have somone there tomorow

David Sputz
Heights Services LLC

-------- Original message --------
Subject: RE: 439 sterling
From: Michoel Khaytin <crownheightsstamps@gmail.com>
To: "David@htsserv.com" <David@htsserv.com>
CC:

Yes. Around 12

Fyi no one came yet for the toilet tank or the inter come. The toilet tank is leaking pretty bad.

On May 29, 2012 7:42 PM, "David@htsserv.com" <David@htsserv.com> wrote:
Did the service person come today?

David Sputz
Heights Services LLC

-------- Original message --------
Subject: 439 sterling
From: Michoel Khaytin <crownheightsstamps@gmail.com>
To: "David@htsserv.com" <David@htsserv.com>
CC:


Gm

I have not had my phone for a while

Out fridge is broken. Freezer is cold fridge very hot in the outside and not cold at all on the inside.

What should we do? I can pay for it towards the balance or they have one in another part of the house, I was told by mordy hersch, that can be moved over to us

---

| Attached Message | |
|---|---|
| From: | Michoel Khaytin <crownheightsstamps@gmail.com> |
| To: | David@htsserv.com <David@htsserv.com> |
| Subject: | Re: 439 sterling |
| Date: | Fri, 1 Jun 2012 03:54:06 +0000 |

What's the balance?

On May 31, 2012 11:39 PM, "David@htsserv.com" <David@htsserv.com> wrote:
Sorry i missed your response


David Sputz
Heights Services LLC


-------- Original message --------
Subject: Re: 439 sterling
From: Michoel Khaytin <crownheightsstamps@gmail.com>
To: "David@htsserv.com" <David@htsserv.com>
CC:


My shiksa was there the whole day besides from 1-2

**Michoel Khaytin**
*Director, CHJIH*
*781 East New York Ave*
*Brooklyn, NY 11225*
Tel: 7183003299
**Click to Make an Appointment**

Want a signature like mine? Click here.

On Thu, May 31, 2012 at 10:59 PM, David@htsserv.com <David@htsserv.com> wrote:
Yes he did at noon and no one was home, he will be back tomorow


David Sputz
Heights Services LLC


-------- Original message --------
Subject: Re: 439 sterling
From: Michoel Khaytin <crownheightsstamps@gmail.com>
To: "David@htsserv.com" <David@htsserv.com>
CC:


FYI - no one came

**Michoel Khaytin**
*Director, CHJIH*
*781 East New York Ave*
*Brooklyn, NY 11225*
Tel: 7183003299
**Click to Make an Appointment**

Want a signature like mine? Click here.
.

On Wed, May 30, 2012 at 9:00 PM, David@htsserv.com <David@htsserv.com> wrote:
OK, I will have somone there tomorow


David Sputz
Heights Services LLC


-------- Original message --------
Subject: RE: 439 sterling
From: Michoel Khaytin <crownheightsstamps@gmail.com>
To: "David@htsserv.com" <David@htsserv.com>
CC:


Yes. Around 12

Fyi no one came yet for the toilet tank or the inter come. The toilet tank is leaking pretty bad.

On May 29, 2012 7:42 PM, "David@htsserv.com" <David@htsserv.com> wrote:
Did the service person come today?


David Sputz
Heights Services LLC

-------- Original message --------
Subject: 439 sterling
From: Michoel Khaytin <crownheightsstamps@gmail.com>
To: "David@htsserv.com" <David@htsserv.com>
CC:


Gm

I have not had my phone for a while

Out fridge is broken. Freezer is cold fridge very hot in the outside and not cold at all on the inside.

What should we do? I can pay for it towards the balance or they have one in another part of the house, I was told by mordy hersch, that can be moved over to us

| Attached Message | |
|---|---|
| From: | Michoel Khaytin <crownheightsstamps@gmail.com> |
| To: | David@htsserv.com <David@htsserv.com> |
| Subject: | Re: 439 sterling |
| Date: | Fri, 1 Jun 2012 03:00:20 +0000 |

My shiksa was there the whole day besides from 1-2

**Michoel Khaytin**
*Director, CHJIH*
*781 East New York Ave*
*Brooklyn, NY 11225*
Tel: 7183003299
**Click to Make an Appointment**

Want a signature like mine? Click here.


On Thu, May 31, 2012 at 10:59 PM, David@htsserv.com <David@htsserv.com> wrote:
Yes he did at noon and no one was home, he will be back tomorow


David Sputz
Heights Services LLC


-------- Original message --------
Subject: Re: 439 sterling
From: Michoel Khaytin <crownheightsstamps@gmail.com>
To: "David@htsserv.com" <David@htsserv.com>
CC:

FYI - no one came

**Michoel Khaytin**
*Director, CHJIH*
*781 East New York Ave*
*Brooklyn, NY 11225*
Tel: 7183003299
**Click to Make an Appointment**

Want a signature like mine? Click here. .

On Wed, May 30, 2012 at 9:00 PM, David@htsserv.com <David@htsserv.com> wrote:
OK, I will have somone there tomorow


David Sputz
Heights Services LLC


-------- Original message --------
Subject: RE: 439 sterling
From: Michoel Khaytin <crownheightsstamps@gmail.com>
To: "David@htsserv.com" <David@htsserv.com>
CC:


Yes. Around 12

Fyi no one came yet for the toilet tank or the inter come. The toilet tank is leaking pretty bad.

On May 29, 2012 7:42 PM, "David@htsserv.com" <David@htsserv.com> wrote:
Did the service person come today?


David Sputz
Heights Services LLC


-------- Original message --------
Subject: 439 sterling
From: Michoel Khaytin <crownheightsstamps@gmail.com>
To: "David@htsserv.com" <David@htsserv.com>
CC:


Gm

I have not had my phone for a while

Out fridge is broken. Freezer is cold fridge very hot in the outside and not cold at all on the inside.

What should we do? I can pay for it towards the balance or they have one in another part of the house, I was told by mordy hersch, that can be moved over to us

Attached Message

| | |
|---|---|
| From: | Michoel Khaytin <crownheightsstamps@gmail.com> |
| To: | David@htsserv.com <David@htsserv.com> |
| Subject: | Re: 439 sterling |
| Date: | Fri, 1 Jun 2012 02:43:48 +0000 |

FYI - no one came

**Michoel Khaytin**
*Director, CHJIH*
*781 East New York Ave*
*Brooklyn, NY 11225*
Tel: 7183003299
**Click to Make an Appointment**

Want a signature like mine? Click here.

On Wed, May 30, 2012 at 9:00 PM, David@htsserv.com <David@htsserv.com> wrote:
OK, I will have somone there tomorow

David Sputz
Heights Services LLC

-------- Original message --------
Subject: RE: 439 sterling
From: Michoel Khaytin <crownheightsstamps@gmail.com>
To: "David@htsserv.com" <David@htsserv.com>
CC:

Yes. Around 12

Fyi no one came yet for the toilet tank or the inter come. The toilet tank is leaking pretty bad.

On May 29, 2012 7:42 PM, "David@htsserv.com" <David@htsserv.com> wrote:
Did the service person come today?

David Sputz
Heights Services LLC

-------- Original message --------
Subject: 439 sterling
From: Michoel Khaytin <crownheightsstamps@gmail.com>
To: "David@htsserv.com" <David@htsserv.com>
CC:

Gm

I have not had my phone for a while

Out fridge is broken. Freezer is cold fridge very hot in the outside and not cold at all on the inside.

What should we do? I can pay for it towards the balance or they have one in another part of the house, I was told by mordy hersch, that can be moved over to us

| Attached Message | |
|---|---|
| From: | Michoel Khaytin <crownheightsstamps@gmail.com> |
| To: | David@htsserv.com <David@htsserv.com> |
| Subject: | RE: 439 sterling |
| Date: | Wed, 30 May 2012 23:11:23 +0000 |

Yes. Around 12

Fyi no one came yet for the toilet tank or the inter come. The toilet tank is leaking pretty bad.

On May 29, 2012 7:42 PM, "David@htsserv.com" <David@htsserv.com> wrote:
> Did the service person come today?
>
>
> David Sputz
> Heights Services LLC
>
>
> -------- Original message --------
> Subject: 439 sterling
> From: Michoel Khaytin <crownheightsstamps@gmail.com>
> To: "David@htsserv.com" <David@htsserv.com>
> CC:
>
>
>
> Gm
>
> I have not had my phone for a while
>
> Out fridge is broken. Freezer is cold fridge very hot in the outside and not cold at all on the inside.
>
> What should we do? I can pay for it towards the balance or they have one in another part of the house, I was told by mordy hersch, that can be moved over to us

| Attached Message | |
|---|---|
| From: | Michoel Khaytin <crownheightsstamps@gmail.com> |
| To: | David@htsserv.com <David@htsserv.com> |
| Subject: | 439 sterling |
| Date: | Fri, 25 May 2012 12:58:19 +0000 |

Gm