AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

|  |  |  |
|---|---|---|
| MICHOEL KHAYTIN | ) | |
| Plaintiff, | ) ) ) | **Index No.**<br>1:12-cv-04169-SLT-MDG |
| v. | ) ) ) | |
| STERN & STERN, ESQS | ) ) | |
| Defendant. | ) ) | |

## APPEARANCE OF COUNSEL

To: The Clerk of Court and all parties of record.

    I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for the Plaintiff – Michoel Khaytin.

Date: Brooklyn, New York
       October 4, 2013

                                                  ___/s/ Igor Litvak_____
                                                  Igor Litvak, Esq.
                                                  NY Bar No. 5109749
                                                  Attorney for the Plaintiff
                                                  Maxim Maximov, LLP
                                                  1701 Avenue P
                                                  Brooklyn, New York 11229
                                                  E-mail: IgorBLitvak@GMail.com
                                                  Office: (718) 395-3459
                                                  Fax: (718) 408-9570